## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 26th day of March, 2007, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

### *VIA* FIRST CLASS U.S. MAIL

Mr. Leonard C. Ruby
*Interstate Battery System of America, Inc.*
12770 Merit Drive, Suite 400
Dallas, TX 75251

_____
Mary E. Augustine (No. 4477)

655397-1